Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

**FILED & ENTERED**

**AUG 01 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>EARNESTINE DOTSON,<br><br>_____ Debtor. | Chapter 13<br><br>Case No. 2:22-bk-11133-VZ<br><br>**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**<br><br>Date:   July 18, 2022<br>Time:  11:30 A.M.<br>Place:  255 E. Temple St., Ctrm 1368<br>         Los Angeles, CA 90012 |

On July 18, 2022, at 11:30 a.m. in Courtroom 1368, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Vincent Zurzolo held a hearing on the Motion to Dismiss Chapter 13 Case filed by Nancy Curry, Chapter 13 Trustee. The Court having considered the pleadings filed, the arguments of counsel and the findings of fact and conclusions of law made by the Court on the record of the hearing, it is ORDERED that:

The Motion is **GRANTED**, the Chapter 13 case is **DISMISSED**.

###

Date: August 1, 2022

_____
Vincent P. Zurzolo
United States Bankruptcy Judge